## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

BRIAN DOUGLASS KINARD, SR.  Case No.: 1-16-04910-HWV
CHRISTINA MARIE KINARD  Chapter 13
    Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**  **MORTGAGE INFORMATION**
Creditor Name:  FREEDOM MORTGAGE CORPORATION
Court Claim Number:  09
Last Four of Loan Number:  407 Reservoir - PRE-ARREARS - 0392
Property Address if applicable:  407 RESERVOIR ROAD, , MECHANICSBURG, PA17055

**PART 2:**  **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:  $4,492.40
b. Prepetition arrearages paid by the Trustee:  $4,492.40
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c):  $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:  $0.00
e. Allowed postpetition arrearage:  $0.00
f. Postpetition arrearages paid by the Trustee:  $0.00
g. Total b, d, f:  $4,492.40

**PART 3:**  **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 24, 2022            Respectfully submitted,

                                       s/ Jack N. Zaharopoulos
                                       Standing Chapter 13 Trustee
                                       Suite A, 8125 Adams Drive
                                       Hummelstown, PA  17036
                                       Phone:  (717) 566-6097
                                       Fax:  (717) 566-8313
                                       eMail:  info@pamd13trustee.com

Creditor Name: FREEDOM MORTGAGE CORPORATION
Court Claim Number: 09

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1172794 | 09/19/2017 | $70.73 | $0.00 | $70.73 |
| 5200 | 1174229 | 10/11/2017 | $80.13 | $0.00 | $80.13 |
| 5200 | 1175477 | 11/08/2017 | $79.79 | $0.00 | $79.79 |
| 5200 | 1176872 | 12/05/2017 | $79.79 | $0.00 | $79.79 |
| 5200 | 1178256 | 01/11/2018 | $79.80 | $0.00 | $79.80 |
| 5200 | 1179676 | 02/08/2018 | $119.69 | $0.00 | $119.69 |
| 5200 | 1181036 | 03/08/2018 | $39.89 | $0.00 | $39.89 |
| 5200 | 1182386 | 04/03/2018 | $79.80 | $0.00 | $79.80 |
| 5200 | 1185433 | 05/15/2018 | $119.69 | $0.00 | $119.69 |
| 5200 | 1186893 | 06/07/2018 | $79.79 | $0.00 | $79.79 |
| 5200 | 1188158 | 07/12/2018 | $119.69 | $0.00 | $119.69 |
| 5200 | 1189592 | 08/09/2018 | $79.79 | $0.00 | $79.79 |
| 5200 | 1190917 | 09/06/2018 | $79.80 | $0.00 | $79.80 |
| 5200 | 1192220 | 10/10/2018 | $79.79 | $0.00 | $79.79 |
| 5200 | 0 | 10/23/2018 | $-79.79 | $0.00 | $-79.79 |
| 5200 | 1197914 | 02/07/2019 | $357.87 | $0.00 | $357.87 |
| 5200 | 1199094 | 03/12/2019 | $46.26 | $0.00 | $46.26 |
| 5200 | 1200445 | 04/11/2019 | $192.10 | $0.00 | $192.10 |
| 5200 | 1201803 | 05/09/2019 | $79.45 | $0.00 | $79.45 |
| 5200 | 1203099 | 06/06/2019 | $79.46 | $0.00 | $79.46 |
| 5200 | 1204483 | 07/11/2019 | $119.17 | $0.00 | $119.17 |
| 5200 | 1205855 | 08/07/2019 | $39.72 | $0.00 | $39.72 |
| 5200 | 1207289 | 09/26/2019 | $160.79 | $0.00 | $160.79 |
| 5200 | 1208562 | 10/10/2019 | $41.60 | $0.00 | $41.60 |
| 5200 | 1209631 | 11/07/2019 | $79.62 | $0.00 | $79.62 |
| 5200 | 1210960 | 12/12/2019 | $79.62 | $0.00 | $79.62 |
| 5200 | 1212345 | 01/16/2020 | $119.44 | $0.00 | $119.44 |
| 5200 | 1213700 | 02/13/2020 | $79.62 | $0.00 | $79.62 |
| 5200 | 1215004 | 03/12/2020 | $79.63 | $0.00 | $79.63 |
| 5200 | 1216293 | 04/14/2020 | $79.62 | $0.00 | $79.62 |
| 5200 | 1217397 | 05/06/2020 | $76.80 | $0.00 | $76.80 |
| 5200 | 1218358 | 06/02/2020 | $76.81 | $0.00 | $76.81 |
| 5200 | 1219370 | 07/07/2020 | $76.81 | $0.00 | $76.81 |
| 5200 | 1220425 | 08/12/2020 | $115.21 | $0.00 | $115.21 |
| 5200 | 1221468 | 09/17/2020 | $115.21 | $0.00 | $115.21 |
| 5200 | 1222507 | 10/15/2020 | $38.40 | $0.00 | $38.40 |
| 5200 | 1223358 | 11/03/2020 | $77.66 | $0.00 | $77.66 |
| 5200 | 1224259 | 12/10/2020 | $116.49 | $0.00 | $116.49 |
| 5200 | 1226045 | 01/19/2021 | $77.66 | $0.00 | $77.66 |
| 5200 | 1227070 | 02/17/2021 | $77.66 | $0.00 | $77.66 |
| 5200 | 1228082 | 03/17/2021 | $450.67 | $0.00 | $450.67 |
| 5200 | 1229103 | 04/15/2021 | $450.67 | $0.00 | $450.67 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

BRIAN DOUGLASS KINARD, SR.  Case No.: 1-16-04910-HWV
CHRISTINA MARIE KINARD  Chapter 13
Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 24, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| MOTT & GENDRON LAW OFFICE, LLC<br>DOROTHY L MOTT & KARA K GENDRON<br>125 STATE STREET<br>HARRISBURG PA, 17101- | SERVED ELECTRONICALLY |
| FREEDOM MORTGAGE CORPORATION<br>BANKRUPTCY DEPT<br>10500 KINCAID DRIVE, SUITE 300<br>FISHER, IN, 46037 | SERVED BY 1ST CLASS MAIL |
| BRIAN DOUGLASS KINARD, SR.<br>CHRISTINA MARIE KINARD<br>407 RESERVOIR ROAD<br>MECHANICSBURG, PA 17055 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 24, 2022

s/ Donna Schott
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com